**ORDERED in the Southern District of Florida on October 13, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

Julio Quesada

Debtor

PROCEEDINGS UNDER CHAPTER 13 CASE NO. 26-23301-CLC

________________________________/

**ORDER GRANTING EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE THE SCHEDULES A-J, SUMMARY OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, DECLARATION CONCERNING DEBTOR'S SCHEDULES, CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1, DISCLOSURE OF COMPENSATION, PAYMENT ADVICES, CERTIFICATION OF BUDGET AND CREDIT COUNSELING COURSE, CHAPTER 13 PLAN.**

THIS MATTER was considered without hearing on the Motion for Extension of Time to File the Schedules A-J, Summary of Schedules, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122c-1, Disclosure of Compensation, Payment Advices, Certification of Budget and Credit Counseling Course, Chapter 13 Plan. The court HAVING reviewed the motion and good cause appearing, it is ORDERED,

1. That the Motion to Extend time is GRANTED.
2. That the time is extended for ten (10) days until November 04, 2026.

###

Respectfully Submitted,
Kathy L. Houston, Esq.
Counsel for Debtor
15321 S. Dixie Highway, Suite 206
Miami, Florida 33157
T. 786-360-6733
Email: courtdocs@houstonlawfl.com

*Kathy L. Houston, Esq. is directed to mail a copy of this Order to all interested parties immediately upon receipt and file a Certificate of Service.*